**Order entered May 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00217-CV

## IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31610-422**

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's April 5, 2021

petition for writ of mandamus without prejudice to refiling.

/s/    LESLIE OSBORNE
        JUSTICE